■ In the Matter of RICHARD D. SAVITSKY, a Suspended Attorney. [621 NYS2d 854] —Application for reinstatement granted to the extent of referring this matter of the Departmental Disciplinary Committee for a hearing as indicated. No opinion. Concur—Sullivan, J. P., Rosenberger, Wallach, Kupferman and Ross, JJ.